# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 21CR2938WQH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER CONTINUING THE MOTION HEARING/TRIAL SETTING** |
| TRENELLE CANNON, | ) | |
| Defendant. | ) | |

Pursuant to the joint motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting conference be continued from March 3, 2022 at 9:00 a.m., to April 7, 2022 at 9:00 a.m.

IT IS FURTHER ORDERED that the above-mentioned time is excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(7).

IT IS SO ORDERED.

Dated: March 1, 2022

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court

21CR2938WQH